**Order entered October 2, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01341-CR

**CHAMEL NICOLE ANDERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F09-56401-U**

## ORDER

The Court **REINSTATES** this appeal.

On August 20, 2013, we ordered the trial court to make findings regarding why appellant's brief had not been filed. We have received appellant's brief. Thus, we **VACATE** our August 20, 2013 order.

We **GRANT** appellant's September 30, 2013 motion for extension of time to file appellant's brief.

We **ORDER** the Clerk of the Court to file the brief tendered as of the date of this order.

/s/      DAVID EVANS
           JUSTICE